Form STC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Kenneth David Gonzales | Case No.: 14–54150 SLJ 11 |
| Debtor(s) | Chapter: 11 |

# NOTICE OF STATUS CONFERENCE IN CHAPTER 11

Notice is hereby given that a status conference before the Honorable Stephen L. Johnson, United States Bankruptcy Judge, will be held as follows:

| | |
|---|---|
| **DATE:** December 4, 2014 | **TIME:** 10:00 AM |
| **LOCATION:** U.S. Courthouse and Federal Bldg., 280 S 1st Street, Courtroom 3099 3rd Fl., San Jose, CA 95113 ||

Please note that at said status conference, the Court may, among other things, set a deadline for the filing of a plan and disclosure statement.

The Court may hear at the status conference, on fourteen (14) days' notice, the U. S. Trustee's motion, if any, to dismiss the case, convert the case to one under Chapter 7, or appoint a Chapter 11 trustee.

Debtor shall file a Chapter 11 Status Conference Statement no later than seven (7) calendar days prior to the Status Conference. The format can be found on the Court's website under Chapter 11 Status Conference checklist at http://www.canb.uscourts.gov/procedures/sj/johnson/chapter–11–status–conference–checklist

The debtor's attendance (with counsel, if the debtor is represented) is required. If debtor fails to appear or to timely file a Chapter 11 Status Conference Statement, the Court may without further notice or hearing, order at said status conference that the case be dismissed or converted to Chapter 7, or that a Chapter 11 trustee be appointed. Creditor attendance is welcomed, but not required.

Dated: 10/15/14

By the Court:

Stephen L. Johnson
United States Bankruptcy Court