

The following constitutes
the order of the court. Signed November 5, 2014

_____
**Stephen L. Johnson
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 14-54150 SLJ |
| Kenneth David Gonzales, | Chapter 11 |
| Debtor(s). | |

## ORDER AUTHORIZING EMPLOYMENT OF COUNSEL

Upon the application of the debtor(s), and there being no opposition by the U.S. Trustee, and good cause appearing therefor, IT IS ORDERED as follows:

1. The debtor(s) is/are authorized to employ the Law Firm of Campeau Goodsell Smith as general counsel.

2. Counsel shall place the unearned balance of any retainer in counsel's trust account. Notwithstanding any agreement to the contrary, fees may not be considered earned until work is performed at counsel's normal hourly rate. Counsel shall draw funds out of the trust account as they are earned for services benefitting the estate only. No order of court is necessary.

3. Counsel shall accept no further funds from the debtor(s) beyond the initial retainer without an order of this court so authorizing.

4. Under no circumstances shall counsel represent the debtor(s) personally where such representation is contrary to the interests of the bankruptcy estate.

5. Counsel may represent the debtor(s) personally in matters which do not benefit the estate but are not contrary to the interests of the bankruptcy estate, such as defending a dischargeability action or avoiding a lien on exempt property.

6. Counsel may not use retainer funds to pay for the services described in paragraph 5 above. Counsel may seek compensation for such services in a fee application, provided that the services are segregated and properly identified. Fees may be awarded for such services where the court finds the services expected to contribute to a successful reorganization or the fees will not be paid by the estate.

7. The terms of this order may be modified only upon notice to all creditors and the U.S. Trustee and an actual hearing regardless of whether there is any opposition.

***END OF ORDER***

**COURT SERVICE LIST**

**ALL ELECTRONIC FILERS BY ECF NOTICE ONLY**