```
                              United States Bankruptcy Court
                              Northern District of California

In re:                                                              Case No. 14-54150-SLJ
Kenneth David Gonzales                                              Chapter 11
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0971-5          User: dfagan              Page 1 of 2        Date Rcvd: Feb 27, 2015
                              Form ID: DOC              Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2015.
db             +Kenneth David Gonzales,    1306 Rosanno Court,    Salinas, CA 93905-4922
smg            ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
                 SACRAMENTO CA 94279-0029
               (address filed with court:  State Board of Equalization,
                 Attn: Special Procedures Section, MIC:55,    P.O. Box 942879,    Sacramento, CA  94279)
reqntc         +Heritage Bank of Commerce,    Robertson & Lewis,    c/o Wm. Thomas Lewis, Esq.,
                 150 Almaden Blvd., Suite 950,    San Jose, CA 95113-2018
13917842       +BANK OF AMERICA, N.A.,    Attn: Bankruptcy Department,    400 National Way,
                 Mail Stop CA6-919-01-23,    Simi Valley, CA 93065-6414
13872911       +BANK OF AMERICA, N.A.,    c/o THE WOLF FIRM, A Law Corporation,    2955 Main Street, Second Floor,
                 Irvine, CA 92614-5909
13854085       +Bank Of America, N.A.,    PO Box 650070,    Dallas, TX 75265-0070
13854086       +Cal Costal,    221 Main St., #301,    Salinas, CA 93901-2754
13892960       +California Coastal Rural Development Corp.,    221 Main Street, Suite 300,
                 Salinas, CA 93901-2753
13854087        California State Board Of Equalization,    PO Box 942879,    Sacramento, CA  94279-0029
13854089        Henry Teraji,    C/O Theodore H. Cominos,    1o West Alisal Street,    Salinas, CA  93901
13854090       +Heritage Bank,    C/O Wm. Thomas Lewis, Esq.,    150 Almaden Blvd., #950,
                 San Jose, CA 95113-2018
13855529       +Heritage Bank of Commerce,    c/o Wm. Thomas Lewis, Esq.,    Robertson & Lewis,
                 150 Almaden Blvd., Suite 950,    San Jose, CA 95113-2018
13942399       +Heritage Bank of Commerce,    c/o Wm. Thomas Lewis, Esq.,    Robertson & Lewis,
                 150 Almaden Blvd., Suite 950,    San Jose, CA 95113-2018
13854092       +Monterey County Tax Assessor,    PO Box 891,    Salinas, CA 93902-0891
13883852       +Monterey County Tax Collector,    P.O. Box 891,    Monterey, CA 93942-0891
13854093       +Monterey Petroleum,    PO Box 808,    Salinas, CA 93902-0808
13854094       +Time Payment Corp.,    700 Centre Avenue,    Ft. Collins, CO 80526-1842
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             EDI: EDD.COM Feb 28 2015 01:58:00      CA Employment Development Dept.,
                 Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Feb 28 2015 01:58:00      CA Franchise Tax Board,    Attn: Special Procedures,
                 P.O. Box 2952,    Sacramento, CA  95812-2952
smg             EDI: IRS.COM Feb 28 2015 01:58:00      IRS,    P.O. Box 7346,    Philadelphia, PA  19101-7346
13854088        EDI: CALTAX.COM Feb 28 2015 01:58:00      Franchise Tax Board,    PO Box 2952,
                 Sacramento, CA  95812-2952
13941483       +E-mail/Text: BANKRUPTCY@PAWNEELEASING.COM Feb 28 2015 02:03:13      Pawnee Leasing Corporation,
                 700 Centre Ave,    Fort Collins, CO 80526-1842
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
reqntc          BANK OF AMERICA, N.A.
smg*            IRS,    P.O. Box 7346,    Philadelphia, PA  19101-7346
13854096*      +Bank Of America, N.A.,    PO Box 650070,    Dallas, TX 75265-0070
13854097*      +Cal Costal,    221 Main St., #301,    Salinas, CA 93901-2754
13854098*       California State Board Of Equalization,    PO Box 942879,    Sacramento, CA  94279-0029
13854099*       Franchise Tax Board,    PO Box 2952,    Sacramento, CA  95812-2952
13854100*       Henry Teraji,    C/O Theodore H. Cominos,    1o West Alisal Street,    Salinas, CA  93901
13854101*      +Heritage Bank,    C/O Wm. Thomas Lewis, Esq.,    150 Almaden Blvd., #950,
                 San Jose, CA 95113-2018
13854091*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA  19101-7346
13854102*       Internal Revenue Service,    PO Box 7346,    Philadelphia, PA  19101-7346
13854103*      +Monterey County Tax Assessor,    PO Box 891,    Salinas, CA 93902-0891
13854104*      +Monterey Petroleum,    PO Box 808,    Salinas, CA 93902-0808
13854105*      +Time Payment Corp.,    700 Centre Avenue,    Ft. Collins, CO 80526-1842
                                                                                TOTALS: 1, * 12, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2015                                       Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2015 at the address(es) listed below:

          Daniel K. Fujimoto    on behalf of Requestor    BANK OF AMERICA, N.A. wdk@wolffirm.com, faxes@wolffirm.com
          Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov,   ltroxas@hotmail.com
          Scott L. Goodsell    on behalf of Debtor Kenneth David Gonzales sgoodsell@campeaulaw.com
          William J. Healy    on behalf of Debtor Kenneth David Gonzales whealy@campeaulaw.com
          William Thomas Lewis    on behalf of Requestor    Heritage Bank of Commerce wtl@roblewlaw.com, kimwrenn@msn.com

                                                                                                          TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re:  Kenneth David Gonzales | Case No.: 14−54150 SLJ 11 |
| Debtor(s) | Chapter:  11 |

### NOTICE OF DISMISSAL OF CASE

**Notice is given** that an order was filed on 2/27/15 dismissing the above−captioned case.

Dated: 2/27/15

For the Court:

Edward J. Emmons
Clerk of Court
United States Bankruptcy Court

Doc # 47